**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| INNOVATCO, INC., <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A <br><br> DEFENDANTS. | CASE NO.: 1:25-CV-03025 <br><br> JUDGE SUNIL R. HARJANI <br><br> MAGISTRATE JUDGE GABRIEL A. FUENTES |

**STATUS REPORT**

Plaintiff, Innovatco, Inc. ("Plaintiff"), files this status report in compliance with the Court's Order entered April 9, 2025. [9]. Plaintiff has filed an Amended Complaint publicly identifying Plaintiff's name and the intellectual property at issue. Additionally, Plaintiff has filed as Exhibit 2 to the Amended Complaint, Plaintiff's Amended Schedule A reducing the number of defendants in this matter, and as Exhibit 3 to the Amended Complaint, Plaintiff has submitted evidence to support the propriety of joinder with regard to the defendants listed on Amended Schedule A. Plaintiff anticipates filing a motion requesting entry of a temporary restraining order against defendants within five (5) business days.

Dated: April 14, 2025

Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter
Gouthami V. Tufts
John J. Mariane

**SULLIVAN & CARTER, LLP**
111 W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
www.scip.law
929-724-7529
a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***